# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| AMRO ELANSARI, | : | CIVIL ACTION |
| --- | --- | --- |
| **Plaintiff,** | : | |
| | : | |
| v. | : | NO. 19-6197 |
| | : | |
| PHILADELPHIA MUNICIPAL COURT,: | | |
| *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 6th day of January 2020, upon considering Plaintiff's Motion to proceed *in forma pauperis* (ECF Doc. No. 1), studying his *pro se* Complaint (ECF Doc. No. 2), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED** under 28 U.S.C. § 1915;

2. The Complaint (ECF Doc. No. 2) is **DEEMED** filed;

3. The Complaint (ECF Doc. No. 2) is **DISMISSED with prejudice** as legally frivolous;

4. We certify any appeal from this Order is not taken in good faith;[1] and,

5. The Clerk of Court shall **close** this case.

KEARNEY, J.

---

[1] *See* Fed. R. App. P 24(a)(3)(A).